AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RONALD RAY HUDNALL,

      Plaintiff,              JUDGMENT IN A CIVIL CASE
  V.

                                     CASE NUMBER: **3:07-CV-00591-BES-VPC**

JAMES BENEDETTI, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (#9) is GRANTED.

  February 11, 2009                                           **LANCE S. WILSON**
                                                                       Clerk

                                                                 /s/ P. McDonald
                                                                    Deputy Clerk